## MICHAEL TULLO *v.* GERALD E. KING
### (AC 29774)

Gruendel, Harper and Robinson, Js.

Argued September 22—officially released October 20, 2009

Per Curiam. The judgment is affirmed.

## DAVID PALMER *v.* COMMISSIONER
## OF CORRECTION
### (AC 29887)

Bishop, DiPentima and Peters, Js.

Argued October 19—officially released November 3, 2009

Per Curiam. The judgment is affirmed.

## JOHN TYSON *v.* COMMISSIONER OF CORRECTION
### (AC 30078)

Gruendel, Harper and Schaller, Js.

Argued October 16—officially released November 3, 2009

Per Curiam. The appeal is dismissed.